UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE



FILED
2011 MAY 16 PM 2:56


JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

UNITED STATES OF AMERICA

V.

RENSO NORIEGA
a/k/a Levi

CASE #: 3:09-00186-10
USM #: 19202-075

Patrick Frogge
DEFENDANT'S ATTORNEY

**THE DEFENDANT:**

[x] pleaded guilty to count 1 of the Third Superseding Indictment.
[] pleaded nolo contendere to count(s) which was accepted by the court.
[] was found guilty on count(s) after a plea of not guilty.

Accordingly, the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and § 846 | Conspiracy to Possess With Intent to Distribute and to Distribute 5 kilograms or More of Cocaine | 8/14/2009 | 1 |

USMS MIDTN APRIL '11 AM

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on count(s), and is discharged as to such counts.
[] Count(s) of the Indictment are dismissed as to this defendant on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States District Court and the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and the United States Attorney of material changes in economic circumstances.

April 7, 2011
Date of Imposition of Judgment

Signature of Judge

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By /s/ Deputy Clerk

Aleta A. Trauger, U.S. District Judge
Name & Title of Judge

Date Signed: 4/8/2011

DEFENDANT: RENSO NORIEGA
CASE NUMBER: 3:09-00186-10

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 63 months.

The defendant was advised of his right to appeal.

The Court makes the following recommendations to the Bureau of Prisons:
1. That defendant be housed in a federal facility close to Nashville, Tennessee.
2. That defendant receive drug and alcohol treatment.

[] The defendant is remanded to the custody of the United States Marshal.
[] The defendant shall surrender to the United States Marshal for this district,

   [] at   a.m. p.m. on
   [] as notified by the United States Marshal.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

   [x] before 2 p.m. on May 9, 2011.
   [] as notified by the United States Marshal.
   [] as notified by the Pretrial Services or Probation Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Volunteer Surrendered
Defendant ~~delivered~~ on  5-9-11  to  Rivers C.I.  ,

with a certified copy of this judgment.

_Jonathan C. Nuier - Warden_
~~United States Marshal~~

By _Cheryl Harrell - CSO_
~~Deputy Marshal~~